# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRYSA CAULFIELD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; SUNPOWER CORPORATION; SUNPOWER LONG TERM DISABILITY PLAN; DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 4:18-cv-01362-HSG<br><br>**ORDER UPON JOINT REQUEST FOR THE PARTIES TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE**<br><br>Date: June 5, 2018<br>Time: 2:00 p.m.<br>Ctrm: 2, 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr. |

　　　The Court, having reviewed the Joint Request for the Parties to Appear Telephonically at the Case Management Conference by lead trial counsel for Plaintiff, CHRYSA CAULFIELD ("Plaintiff"), Stuart H. Sandhaus, and lead trial counsel for Defendant, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential"), Linda M. Lawson, finds good cause exists to enter an order approving the request to appear telephonically at the Case Management Conference, which is set for June 5, 2018, at 2:00 p.m., in Courtroom 2, 4th Floor, before the Honorable Haywood S. Gilliam, Jr. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

　　　**IT IS SO ORDERED.**

Dated: May 22, 2018

　　　　　　　　　　　　　　　　　　　　　　　　*Haywood S. Gilliam Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　HON. HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge