UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRYSA CAULFIELD,<br><br>Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; SUNPOWER CORPORATION; SUNPOWER LONG TERM DISABILITY PLAN; DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:18-cv-01362-HSG<br><br>**ORDER UPON STIPULATION TO DISMISS DEFENDANTS SUNPOWER CORPORATION AND SUNPOWER CORPORATION LONG TERM DISABILITY COVERAGE (ERRONEOUSLY SUED AS "SUNPOWER LONG TERM DISABILITY PLAN")**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Complaint Filed: March 1, 2018 |

IT IS HEREBY ORDERED that Defendants SUNPOWER CORPORATION AND SUNPOWER CORPORATION LONG TERM DISABILITY COVERAGE (ERRONEOUSLY SUED AS "SUNPOWER LONG TERM DISABILITY PLAN") be dismissed from this action without prejudice, with the parties to bear their own attorneys' fees and costs directly related to this Stipulation to Dismiss. Defendant The Prudential Insurance Company of America shall remain the only named defendant in this action.

**IT IS SO ORDERED.**

Dated: May 25, 2018

/s/ Haywood S. Gilliam, Jr.
HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge