# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRYSA CAULFIELD,<br>　　　　Plaintiff(s)<br>v.<br>THE PRUDENTIAL INSURANCE C<br>　　　　Defendant(s) | CASE No C 18-cv-01362-HSG<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☒ **Private ADR** (*specify process and provider*)  Provider to be jointly selected by the parties.

The parties agree to hold the ADR session by:

- ☒ the presumptive deadline (*90 days from the date of the order referring the case to ADR*)
- ☐ other requested deadline:

Date: June 4, 2018　　　　　　　　　　/s/ Stuart H. Sandhaus
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Date: June 4, 2018　　　　　　　　　　/s/ Patricia A. Ellis
　　　　　　　　　　　　　　　　　　Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: 6/5/2018　　　　　　　　　　　　*Haywood S. Gill, Jr.*
　　　　　　　　　　　　　　　　　　U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 5-1-2018*