# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRYSA CAULFIELD, | ) | Case No. 4:18-cv-01362-HSG |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING JOINT** |
| | ) | **STIPULATION TO DISMISS ENTIRE** |
| vs. | ) | **ACTION WITH PREJUDICE** |
| | ) | |
| THE PRUDENTIAL INSURANCE COMPANY | ) | Judge:     Hon. Haywood S. Gilliam, Jr. |
| OF AMERICA; SUNPOWER CORPORATION; | ) | |
| SUNPOWER LONG TERM DISABILITY | ) | |
| PLAN; DOES 1 through 10, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Based upon the Joint Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 4:18-cv-01362-HSG, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED all dates be vacated and taken off the court's calendar.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated:  November 9, 2018

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge